No. 78–411. INTERSTATE COMMERCE COMMISSION v. CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 78–560. BLYTH, EASTMAN DILLON & CO., INC., ET AL. v. ROLF. C. A. 2d Cir. Motions of Merrill Lynch, Pierce, Fenner & Smith, Inc., et al., and New York Stock Exchange, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.

No. 78–611. MIRABAL ET AL. v. GENERAL MOTORS ACCCEPTANCE CORP. ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 78–5410. PROCA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–5460. SPIVEY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 77–1684. BROADUS v. LOTT, ADMINISTRATRIX, *ante,* p. 828. Petition for rehearing denied.